# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ANGEL MORALES** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **3:22-cv-755** |
| | ) | |
| **TARGET CORPORATION** | ) | |
| | ) | |
|     **Defendant** | ) | **JUNE 8, 2022** |

## DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Corporation, by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of Hartford at Hartford, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1)    The Plaintiff served an action against Defendant Target Corporation, on or about May 10, 2022, entitled _Angel Morales v. Target Corporation, HHD-CV-22-5073136-S_, bearing a return date of May 24, 2022 and made returnable to the Judicial District of Hartford and filed with the Court on May 23, 2022. A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2)    In the Complaint, the Plaintiff Angel Morales, asserts a claim against the Defendant alleging that the Plaintiff Angel Morales sustained physical injuries and damages on April 27, 2020 after purchasing a hand sanitizer from the Target store in Newington, Connecticut. Although liability and damages are disputed by the Defendant, any award in favor of the Plaintiff could potentially exceed the jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3)     Target Corporation is a Minnesota corporations with a principal place of business in Minneapolis Minnesota.

(4)     Plaintiff Angel Morales is a resident, citizen and is domiciled in Hartford, Connecticut. He provided an address of 49 Margarita Drive, Hartford, Connecticut on the Summons dated April 26, 2022 and filed on May 23, 2022.

(5)     The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff and the matter is between Target Corporation and plaintiff, which are citizens of different states Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)     This Notice of Removal is being filed within 30 days of Defendant being served; Defendant Target Corporation complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Corporation respectfully request that the above action be removed from the Superior Court, Judicial District of Hartford, State of Connecticut, to this Honorable Court.

DEFENDANT TARGET CORPORATION
__/s/ Dawn Neborsky_ #27985_____
Dawn M. Neborsky, Esq.
Kiernan Trebach LLP
40 Court Street
Boston, MA 02108
Fed. Bar No. 27985
617-426-3900
dneborsky@kiernantrebach.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 8th day of June 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Angel Morales
49 Margarita Drive
Hartford, CT 06106

                                                */s/ Dawn M. Neborsky*
                                                Dawn M. Neborsky

# EXHIBIT A

# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | State of Connecticut<br>Post Date: 05/24/2022<br>PayfiSTATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>Docket: CV2250731www.jud.ct.gov<br>Receipt Nbr: 0409264<br>Amount: $360.00 |
|---|---|

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE001   $360.00

☑ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington St. Hartford 06106 | (860) 548-2700 | 5/24/2022 |

| ☑ Judicial District   ☐ Housing Session | G.A. Number: | At (City/Town) Hartford | Case type code (See list on page 2)<br>Major: T 20   Minor: T 90 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Angel Morales, 49 Margarita Dr. Hartford - 06106 | |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (860) 777-8944 | [signature] |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Morales, Angel<br>Address: 49 Margarita Dr. Hartford, CT 06106 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Target Corporation<br>Address: 3265 Berlin Turnpike, Newington, CT 06111 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 4/26/22 | Signed (Sign and select proper box) [signature] | ☐ Commissioner of Superior Court<br>☑ Assistant Clerk | Name of person signing<br>[illegible] |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) [signature] | Date 4/26/2022 | Docket Number CV22-5073136 |
|---|---|---|---|

Page 1 of 2

## COMPLAINT

On or about April 27, 2020, the Plaintiff Angel Morales, who resides at 49 Margarita Drive, Hartford, Connecticut 06106, sustained injuries and damages as a result of using Born Basic Anti-Bac Hand Sanitizer that was purchased at Target located at 3265 Berlin Turnpike, Newington, Connecticut 06111.

The product Born Basic Anti-Bac Hand Sanitizer that the Plaintiff purchased in your store was recalled by the U.S. Federal and Drug Administration (FDA) due methanol contamination.

At this time the Plaintiff Angel Morales is respectfully requesting the following relief(s) for damages:

1. **Ninety Nine Thousand Dollars ($99,000) for injuries and damages sustained by the product sold by Target in Newington, Connecticut.**
2. **Payment of all medical payments sustained by the injuries and damages sustained by the product sold by Target in Newington, Connecticut.**
3. **Payment of all court costs in civil suit, including but not limited to expert witnesses, etc.**

Respectfully submitted,

Angel Morales
49 Margarita Drive
Hartford, CT. 06106
(860) 777-8944
angelmoralesct@gmail.com